# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-623-BAS |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| PEDRO BARAJAS, | |
| Defendant. | |

The United States' Motion to Dismiss the Information (Dkt. No. 17) is hereby GRANTED. The Information (Dkt. No. 13) is DISMISSED without prejudice.

Defendant is on bond and the bond shall be exonerated. Counsel must prepare an order to disburse funds or release collateral.

**IT IS SO ORDERED.**

DATED: 4/20/22

Hon. Cynthia Bashant
United States District Judge